JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALAM HASSAR, | Case No. 2:22-cv-00742-MMD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| JAMES RIVER INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through X; and ROES CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, SALAM HASSAR by and through his attorneys of record, James A. Oronoz, Esq. and Thomas A. Ericsson, Esq., of Oronoz & Ericsson, LLC, and Defendant, James River Insurance Company by and through its attorneys of record, Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, that all of Plaintiff's claims against James River Insurance Company be dismissed, with

///

///

///

1  prejudice, the parties to each bear their own fees and costs.

2  Dated this 17th day of November 2022       Dated this 17th day of November 2022

3  ORONOZ & ERICSSON, LLC                     BREMER WHYTE BROWN &
                                              O'MEARA, LLP
4

5  By: /s/ James A. Oronoz                    By:  /s/ Deleela M. Weinerman
6  James A. Oronoz, Esq.                      Jared G. Christensen, Esq.
   Nevada Bar No. 6769                        Nevada Bar No. 11538
7  Thomas A. Ericsson, Esq.                   Deleela M. Weinerman, Esq.
   Nevada Bar No. 4982                        Nevada Bar No. 13985
8  *Attorney for Plaintiff*                   *Attorneys for Defendant,*
9  *Salam Hassar*                             *James River Insurance Company*

10

11                         **ORDER**

12                   **IT IS SO ORDERED:**

13

14

15          **MIRANDA M. DU**
            **UNITED STATES DISTRICT JUDGE**
16

17
            DATED THIS 17th Day of November 2022.
18

19

20

21

22

23

24

25

26

27

28

                              2